IN THE UNITED STATES COURT OF FEDERAL CLAIMS

XI CHIN CLAN NATION  
P.O. Box 6666  
Woodbridge, VA 22195  

HARMON RHASHEA LYNN  
FOREIGN TRUST  
P.O. Box 7446  
Philadelphia, Pennsylvania 19101  

THE BE KIND AND UNIFIED  
FOREIGN PRIVATE FAMILY  
INDIGENOUS TRUST  
1361 S. 46th Street  
Philadelphia, Pennsylvania 19143  

RLH MAAT LAW OFFICE  
P.O. Box 7446  
Philadelphia, Pennsylvania 19101  

GUALE YAMASSEE COMPLIANCE  
DEPARTMENT  
P.O. Box 19835  
Philadelphia, Pennsylvania 19143  

and  

GUALE YAMASSEE JURIS CONSUL  
OFFICE  
P.O. Box 19835  
Philadelphia, Pennsylvania 19143  

        Claimants,  

vs.  

UNTIED STATES DEPARTMENT OF  
STATE-DEPARTMENT OF INTERIOR  
1701 Fort Myer Dr.  
Arlington, Virginia 22209  

-and-

: : : : : : : : : : : : : : :

DOCKET NO. 20-1307 C

TREATY, INTERNATIONAL LAW and  
INDIGENOUS HUMAN & REAL AND  
PERSONAL PROPERTY RIGHTS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PENTAGON
1400 Defense Pentagon
Washington, D.C. 20301-1400

-and-

UNITED STATES DEPARTMENT OF
JUSTICE
9257 Lee Avenue
Manassas, Virginia 20110

-and-

CAMILLE T. BARRY, DBA NOTARY
AND OWNER OF BEREEN & BARRY
INVESTMENTS, LLC an Agent of the
United States
11654 Plaza America Drive
Reston, Virginia 20190

-and-

COMMONWEALTH OF VIRGINIA
THE COMMONWEALTH
SERVICE OF PROCESS
DEPARTMENT
P.O. BOX 2452
Richmond, Virginia 23218-2452

-and-

SAMUEL P. WHITE, P.C.,
An Agent of the United States
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Josh Shapiro, Esquire dba
ATTORNEY GENERAL OF
PENNSYLVANIA
An Agent of the United States
393 Walnut Street
Harrisburg, Pennsylvania 17120

-and-

COMMONWEALTH OF
PENNSYLVANIA
Tom Wolf
DBA GOVERNOR OF
PENNSYLVANIA
An Agent of the United States
Main Capital, Room 225
Harrisburg, Pennsylvania
Commonwealth, [17120]

-and-

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

PHILADELPHIA COUNTY, CITY OF
PHILADELPHIA
Jim F. Kenney
DBA Mayor of the City of Philadelphia
An Agent of the United States
City Hall, Room 115
Philadelphia, Pennsylvania 19107

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SUPREME COURT OF
PENNSYLVANIA
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

MATRIX FINANCIAL SERVICES
CORPORATION,
An Agency of the United States
5151 CORPORATION DRIVE
TROY, MI 48098

-and-

FLAGSTAR BANK, INC.
An Agency of the United States
5151 Corporate Drive
Troy, Michigan 48098-2639

-and-

PENNSYLVANIA HUMAN
RELATIONS COMMISSION
An Agency of the United States
Philadelphia Regional Office
10 N. 8th Street, Suite 501
Philadelphia, Pennsylvania 19107

-and-

OFFICE OF THE SHERIFF
CITY and COUNTY of
PHILADELPHIA
LAND TITLE BUILDING
Agency of the United States
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COMMONWEALTH LAND TITLE
INSURANCE COMPANY
An Agency of the United States
601 Riverside Avenue
Jacksonville, Florida 32204

-and-

THE FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA, OFFICE OF
JUDICIAL RECORDS FOR FILING
(AGENTS and AGENCIES)
Room 284, City Hall
PHILADELPHIA, PENNSYLVANIA
COMMONWEALTH 19107

-and-

PHELAN, HALLINAN DIAMOND &
JONES, LLP
An Agency of the United States
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

-and-

GRB LAW, INC.
An Agency of the United States
1425 Spruce Street, Suite 100
Philadelphia, Pennsylvania 19102

-and-

POMERANTZ & ASSOCIATES
An Agency of the United States
21 S. 12th Street, 7th Floor
Philadelphia, Pennsylvania 19107

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LINDA CARPENTER, dba Judge for
Philadelphia Court of Common Pleas
An Agent of the United States
1418 Criminal Justice Center,
Philadelphia, Pennsylvania 19107

-and-

NIS LAR LLC
An Agency of the United States
4323 Spruce Street
Philadelphia, Pennsylvania 19104

-and-

Justin L Krik, Esquire dba
ATTORNEY AT LAW
An Agent of the United States
1500 JFK Boulevard, Suite 630
Philadelphia, Pennsylvania 19102

-and-

PENNSYLVANIA DEPARTMENT OF
STATE BUREAU OF COMMISSIONS
An Agency of the United States
Capital Park
401 North Street
Harrisburg, Pennsylvania 17101

-and-

BANK OF NEW YORK MELLON
An Agency of the United States
Thomas P. Gibbons, dba Vice Chair and
Chief Financial Officer and
Robert Kelly
225 Liberty Place
New York, NY 10286

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

BANK OF AMERICA
An Agency of the United States
100 N. Tryon Street
Charlotte, North Carolina 28255

-and-

DITECH FINANCIAL LLC
An Agency of the United States
3000 Bayport Drive
1100 Tampa, Florida 33607

-and-

BAYVIEW LOAN SERVICING
An Agency of the United States
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, Florida 33146

-and-

WORCHESTER COUNTY SHERIFF'S
OFFICE
An Agency of the United States
240 Main Street
Worchester, MA 01608

-and-

MCCARTER & ENGLISH LLP
An Agency of the Untied States
265 Franklin Street
Boston, Massachusetts 02110-3113

-and-

SECRETARY OF THE
COMMONWEALTH OF
MASSACHUSETTS
An Agency of the United States
McCormack Building,
One Ashburton Place
Boston, Massachusetts 02108

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-and-

ANTHONY N. RENZI dba
WALTER INESTMENT
MANAGEMENT CORP.,
An Agency of the United States
Gary L. Tillett, dba as Chief Financial
Officer of Walter Investment
Management Corporation
3000 Bayport Drive, Suite 1100
Tampa, Florida 33607

-and-

OFFICE of ATTORNEY GENERAL
Maura Healy, Esquire dba Attorney
An Agent of the United States
General of Massachusetts
1 Ashburton Place
Boston, Massachusetts 02108

-and-

COMMONWEALTH OF
MASSACHUSETTS
Charlie Baker, dba Governor of
Massachusetts
Agent of the United States
c/o Massachusetts State House
Beacon Street, #280
Boston, Massachusetts 12133

-and-

KORDE & ASSOCIATES, P.C.
Timothy French Esquire
An Agent of the United States
900 Chelmsford Street, Suite 3102
Lowell, Massachusetts 01851

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSUMER PROTECTION BUREAU
3033 Wilson Boulevard
Arlington, VA

-and-

MICHAEL BOMSTEIN, Esquire
An Agent of the United States
100 S. Broad Street, #2126
Philadelphia, Pennsylvania 1907

-and-

STRADLEY RONON STEVENS &
YOUNG LLP (Agents and Agency)
An Agent of the United States
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103-2018

-and-

PREMIER TITLE COMPANY
An Agency of the United States
8245 Boone Boulevard,
Suite 410
Tysons, Virginia 22182

-and-

FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA THE
PHILADELPHIA COURTS
An Agency of the United States
Landlord Tenant Court
Court Administrator
1339 Chestnut Street, Room 1020
Philadelphia, Pennsylvania 19107

-and--

INTERNAL REVENUE SERVICE
An Agency of the United States
Office of Customer Service
P.O. Box 1115
Richmond, VA 20218

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

_____ Respondents.

_____

## INDIGENOUS TRUSTEES COMPLAINT IN FRAUD AND DEPRIVATION OF HUMAN AND PROPERTY AND CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW THROUGH MALFEASANCE AGAINST GOER

**NOW COMES**, INDIGENOUS TRUSTEES and CHIEF WHITE OWL and files this herein COMPLAINT a CONTRACT ACTION against the UNITED STATES GOVERNMENT, STATES AND COMMONWEALTHS, subsidiary government entities, charters and corporations, and avers the following:

## ORIGINAL JURISDICTION

Under 28 USC 1491 (a), this court shall have original jurisdiction over:

**1)** "... any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort, and

**(2)** To provide an entire remedy and to complete the relief afforded by the judgment, the court may, as an incident of and collateral to any such judgment, issue orders directing restoration to office or position, placement in appropriate duty or retirement status, and correction of applicable records, and such orders may be issued to any appropriate official of the United States. In any case within its jurisdiction, the court shall have the power to remand appropriate matters to any administrative or executive body or official with such direction as it may deem proper and just.

This herein claim is presented by an Indigenous Tribe and The Tribunal and Trustees who represent the tribe through private contractual agreements entered amongst and between fellow Tribal families and through acts of intentional interference with contractual relations numerous united states government organizations have committed acts that resulted in substantial monetary loss for which compensation is sought, in this herein jurisdiction.

## LAWS TREATIES AND CONTRACTS MATERIALLY BREACHED AND CONSTITUTIONAL LAWS VIOLATED BY UNITED STATES AND THEIR SUBSIDIARY STATES

1) **Torah and the Laws Commanded by The Elohiym for all Yahudiyn, children of Yahuah to follow,**
2) **International Treaty of 1730 Treaty of Alliance and Commerce with Great Britain**
3) **International Treaty of 1791-Holston;**
4) **Treaty of Peace and Friendship 1787;**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

5) **Treaty of Tripoli of 1791;**
6) **Treaty of Camp Holmes 1835- First Treaty with the United States;**
7) **UNIDROIT Treaty;**
8) **International Human Rights Law;**
9) **International Doctrine of Dual Citizenship/Nationality;**
10) **International Doctrine of Command/Superior Responsibility;**
11) **United States Federal Constitutional Law**
   a. **Bill of Rights**
   b. **Fundamental Rights**
   c. **Discrimination, Disparate Impact and Disparate Treatment**
   d. **Contract Clause**
   e. **Commerce Clause (Art. I. §8)**
   f. **Dormant Commerce Clause**
12) **Hague Convention (Laws and Customs of War on Land)**
   a. **Relationships with the Inhabitants**
13) **Jus Cogens**
14) **International Doctrine of Prior Informed Consent**

## BACKGROUND

1. Claimants possess dual citizenship and are Guale Yamassee Indigenous Native Association of Nations clan associates, with Trusts and Nation and Clans all throughout North America.

2. Claimants possess dual citizenship and are Guale Yamassee Indigenous Native Association of Nations clan associates, with Trusts and Nation and Clans specifically in this claim within the United States sitting on Indigenous land, in Pennsylvania, Virginia, and Massachusetts.

3. Respondents are all united states agencies, federal and state incorporated with principal places of business in D.C., Pennsylvania, Virginia, and Massachusetts.

4. Claimants through birthright are the original occupiers, owners, and tenants, jointly owned with all Indigenous peoples, of land gifted them by their Elohiym.

5. Claimants are Indigenous to the land of North America.

6. Claimants are the direct bloodline descendants from the Tsalagi Nation, which has over 10,000 years of History.

7. Claimants are the descendants of the Tsalagi Nation and are the true bloodline descendants and beneficiaries of all Treaties entered between Britain, The United States and the Tsalagi Nation.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

8. Claimants currently are clan affiliates of the Guale Yamassee Indigenous Native American Association of Nations.

9. Claimants are members of a protected class.

10. Treaty protects Claimants to freely engage in trade and commerce without restraint.

11. Claimants real property and land gifted them by Yahuah have been targeted by the above listed united states agents and public officials through ongoing and continuous acts that have caused and continue to cause irreparable harm.

12. Claimants possess original land patents to land in North America through birthright and are the beneficiaries of the land, despite any obstructions built upon the land and claimed to be owned by allative foreign entities and foreign agents.

13. Claimants, upon receiving notice of the following claims: 13-17599 Prince William County, 170503419 Philadelphia County, Writ 1511-4197, 18120106 Philadelphia County, 03972 Control No. 16095058 Philadelphia County, attempted to respond timely and had/have been obstructed by government agents and denied access to respond timely and effectively.

14. The obstructions committed by government agents are violations of numerous Treaties and International Laws.

15. Further, when Claimants' inquired for assistance as per information contained in the Notice of Claim packet, at all times, Respondents informed Claimants' beneficiaries that the only assistance they could provide them was to "help them make a payment".

16. Claimants assert that all times properties trespassed upon and claimed by liens and otherwise were fraudulently contrived to enhance and further Federal and State government agenda's to implement Gentrification through forced "eviction" under color of law methods.

17. At all times Claimant Trustees assert that their private property acquired through private purchase and sell with Indigenous clan associates owed no debt to Respondents.

18. Claimants assert that all times, Respondents engaged in fraudulent misrepresentation of material facts asserted to dispossess Indigenous beneficiaries either of their FIAT or REAL PROPERTY, which Respondent assumed they individually owned.

19. Claimants assert that all times, Respondents engaged in fraudulent mortgage presentments.

20. Claimants assert that all times, Respondents engaged in fraudulent assertion of contracts.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

21. Claimants assert that all times, no valid legal contract, legal agreements, or legal mortgages existed and that Respondents knew with substantial certainty that no such contract existed between Respondents and Claimants.

22. All Respondents have taken an oath to uphold to defend and protect the Constitution of the United States against domestic and foreign nations.

23. Allative Respondents are by contract, parties to all Treaty and contracts between the Tsalagi Nation and British Government and United States Government entity.

24. All Respondents have taken an oath to uphold and protect the public.

25. Respondents, since some unknown time, have been acting as if their public positions are their private illicit businesses and have engaged in self-dealing on a grand scale which includes the cooperation of various government agents within the government entity structure.

26. Respondents, since some unknown time, have been acting within their public capacity to abuse the people and trespass against real property of Claimants.

27. Under the Rules of Engagement and Rules of Professional Responsibility, allative officers of the Court and therefore government of the united states are required to ethically administer their duties with fidelity.

28. At all times, Respondents have intentionally, used their superior knowledge of the law and the beneficiaries lack of knowledge of the law to commit acts violating international agreements with clan beneficiaries.

29. At all times, Respondents have intentionally, used their superior knowledge of the law and the beneficiaries lack of knowledge of the law to commit acts violating national laws and local laws of the united states entity.

30. At all times, Respondents have intentionally, used their superior internal connections with government agencies to obstruct Trustees from advancing against their illicit affairs and illicit objectives in dispossessing allative beneficiaries of their private entitlements.

31. Respondents, since some unknown time, through use of their public positions, have misused and abused their positions for their personal gain and have refused to uphold the just function of their offices.

32. Claimants responses have all been obstructed through denial of access to the courts.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

33. Claimants responses have all been obstructed through arbitrary dismisses of cases in both Federal and State Court.

34. At all times, the actions of Judges, Lawyers, and other agents of the unite states have been to profit through trespass and dispossessing indigenous peoples of property held in trust for generations and inherited by birthright.

35. Respondents are using the courts and the government agencies to funnel and orchestrate their illicit and malfeasant acts against Claimants.

36. At all times, the courts, in which alleged "lawful" matters have been asserted by Respondents, have ignored, arbitrarily dismissed and Ordered private property sold by Sheriff's Office.

37. At all times the Sheriff's Office has not licitly been listed as an authorized real-estate sales agency.

38. At all times the Sheriff's office agents are not licensed real-estate agents.

39. At all times any and all trespasses and takings and sales against Xi Chin Clan, Guale Yamassee Native American Association of Nation Clan associates have been targeted for being Indigenous and presumed ignorant of laws governing treaties, contracts, constitutions, real estate and property law.

40. Sheriffs engaging in the selling of private property is a Constitutional Violation of the oath of office of the Sheriff and a violation of Real Estate Laws.

41. At all times, Respondents have used Threat, duress and coercion to obtain payment and property unlawfully.

42. Respondents have systematically established a system that misleads Claimants, once they area sued in foreclosure court, to believe they are there to help them through the mortgage process and when they appear, they are there to ensnare and trap them like prey into giving up their property or making payments they never agreed to make or were required to make from the inception.

43. Respondents engaging in extortion of funds and property of Claimants have failed to uphold their fiduciary duty as public officials and administrators of the Indigenous estates.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

44. The Federal Government, presumably, *unknowingly*, funds organizations, that Respondents operate, presenting themselves as servicing the public to help in Fraudulent Mortgage Foreclosure matters.

45. Claimants have informed Respondents, that they are Indigenous, and that all of the property they have alleged to have an interest, is in Trust.

46. Respondents intentionally have ignored and continue to ignore any facts presented by Claimants, and knowingly deny Indigenous Trustees the right to appear, defend and access to the courts.

47. Respondents, possessing knowledge of the Indigenous Trustees, have intentionally and knowingly failed to notice the true owners of the property.

48. When Claimants request evidence of mortgage, Respondents ignore and refuse to produce said evidence getting a Judge to bypass the request or the need for Respondents to produce any evidence of a contract or mortgage.

49. Claimants understand that when loans are granted and other financial contracts involving bank funds, a financial paper trail is created.

50. At all times Respondents have refused to provide the financial paper trails.

51. At all times Respondent courts have failed to accept and justly consider any and all evidence presented against Respondent entities and Respondent attorneys.

52. Respondent courts provide Respondent entities' agents and Respondent attorneys with *cart blanche* abilities to violate constitutional rights of Claimants.

53. Respondents have received thousands of Sheriff Sale properties through malfeasance acts committed by Respondents, and others not part of this Complaint.

54. Respondents have falsely and tortiously profited from thousands of Sheriff Sale properties through malfeasance acts committed by Respondents, and others not part of this Complaint.

55. Respondent Judges have engaged in numerous acts of arbitrarily denying and dismissing cases.

56. Respondent Judges have notoriously abused their discretion as judges in allative cases involved herein.

57. Respondent Judges, knowing fraud has occurred, have wrongly and unlawfully, ordered Claimant beneficiaries to pay and place into escrow unwarranted amounts due, knowing

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Claimants owed nothing and when Claimant refused to pay, abused their discretion and dismissed the case and issued fault judgments against Claimant.

58. Respondent Judges have approved of Motions approving attorneys hired by alleged Mortgagee to not communicate with the Trustee or other legally interested competent parties.

59. Respondents, clerk's office, also run by lawyers, have engaged in numerous acts of preventing documents from timely being accepted and filed electronically and in person.

60. Respondents have intentionally engaged in tactics that mimic the Racketeering business of the mafia by using the justice system as a tool to threaten, coerce and place Claimants Beneficiaries under duress and emotional distress.

61. Respondents have intentionally engaged in tactics to place Claimants under extreme emotional distress, directly and indirectly.

62. Respondent courts in the above operate as a criminal and corrupt enterprise, engaged in the business of stealing Indigenous Peoples property and breaking each other off a cut of the booty and prize acquired.

63. Respondents have all profited from underselling at Sheriff Sales and not reporting the Real or Fair Market Value (FMV) of property acquired or realized by their organizations to the IRS.

64. At no time, have any of the asset homes been sold for Fair Market Value Price.

65. At no time have any of the asset homes *sold* provided financial profit to Trustees or payment from any despot involved in the dispossession schemes.

66. At all times, Respondents have failed to contact Trustees, pretending as if Trustees do not exist, when lawful private agreements and sales among the Indigenous have occurred.

67. At no time have any of the Claimants' received equity remaining after the prize and booty had been divided amongst the Respondents.

68. Claimant beneficiaries have been left homeless or left under the threat of impending threat of eviction by the Sheriff or Police who kill Indigenous people at will and without recourse in this United States.

69. Respondents have actively and intentionally engaged in presenting fraudulent documents by copying and pasting signatures and affixing initials of Claimant beneficiaries.

70. Claimant beneficiaries are not the owners of the property in the alleged mortgage agreements.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

71. Respondents have successfully evaded answering interrogatories regarding the validity of the contracts/mortgage documents.

72. Respondent attorneys and judges have intentionally ignored the laws of Contract and Jus Cogens to turn a profit at the disadvantage of the Trustees and beneficiaries.

73. Claimant Trustees owe a fiduciary duty to the Nation, Clan and beneficiaries and Respondents have unlawfully interfered with the contractual relationship that exists between the Claimant Trustees and beneficiaries, choosing to solely deal with beneficiaries who are unaware of the laws of property, banking and mortgages.

74. Respondents have knowingly engaged in fraud through continuous and ongoing acts of forging signatures or adding signatures subsequent notarizing documents.

75. Respondents, in each case have perfected the strategy of contriving fraudulent documents and then selling the documents as real "legal tender" and "promissory notes" to third parties and then "assigning" the mortgage to subsidiary entities owned by the original parent corporation.

76. At all times Respondents have failed to attach any substantive and evidentiary relevant documents proving their relationship and claim as a Creditor-Lender against Claimants-Beneficiaries.

77. At all times Respondents have refused to deal with the Trustees and rightful owners of the estates.

78. At all times Respondents have engaged in establishing fraudulent unilateral contracts at best,, without consent of the indigenous parties herein.

79. Respondents' entities and attorneys, through assistants from the judges, arrogantly present superior rights of claim and ownership to capture *In Rem* Property and then deny being required to produce documentary evidence to support such assertions.

80. Respondents' entities and attorneys, through assistants from the judges, arrogantly present superior rights of claim and ownership to capture *In Rem* Property and then deny having to deal with the Trustees and lawful owners of the property.

81. Respondent banks are required by law, not under color of law, to maintain records of all currency, money, negotiable transactions.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

82. All Respondents, through their illicit acts have engaged in violating UCC laws on the national and local levels.

83. UCC 1 and IRS laws require Respondents to file UCC statements as well as IRS form 1099 regarding the sale and purchase of all income producing transactions.

84. Respondents collectively have failed to report income received and appreciated based upon the true market value of the assets taken and trespassed and acquired by Respondents.

85. At all times, Respondents have been unable and/or unwilling to produce copies of checks or records evidencing that funds asserted "loaned" and "owed" were in fact transferred and presented and accepted by Trustees of the property or any previous owner with whom Trustees acquired the property.

86. At all times, Respondents' Complaints filed in Court were defective according to each States' procedural laws and included non-applicable boilerplate language to give the appearance of legitimate standing to engage in the business of theft of property and harassing legitimate rea- property owners.

87. At all times, when united states government agencies were contacted regarding the engaged fraud, the united states ignored the acts committed by their subsidiary states.

88. On several occasions Trustees contacted the Department of State and were informed that none of the numerous correspondence mailed by U.S. mail were received or documented in the "correspondence" department.

89. All Respondents herein, by using the United States Postal Service to communicate and further their fraudulent claims to Claimant beneficiaries, have engaged in mail fraud. further their scheme,

90. At all times, Claimant asserts, that Trustees are the true owners of the real property and that Respondents in total are operating under *color of authority* and are utilizing, through collusion, the Court System as a means to advance its unlawful objectives.

91. At all times, Claimant asserts, that Trustees are the true owners of the real property and that Respondents, in total, are operating under *color of law* and are utilizing, through collusion, the Court System as a means to advance its unlawful and illicit affairs and objectives.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

92. Claimants assert that lawfully, a deed does not supersede land patents, regardless of how many times the deed is transferred or sold. Indigenous people are the original land patent owners.

93. Claimants are the lawful and rightful possessors of the Land Patents and if Respondents choose to assert rights superior to the land/structures then Respondents lawfully must deal with the Trustees of the Estates and not the beneficiaries of the Estate.

## **CONCLUSION**

94. The foregoing paragraphs are incorporated by reference as if set forth fully herein.

95. Respondents actions at all times have violated Torah; the Law of Yahuah.

96. Respondents at all times have failed to proffer any factual and legal evidence through pleadings or attaching material documents as evidence to their any Complaints and establish any cognizable and honorable basis for their foreclosures or interest in any Trustee Nation Contracts and therefore any remedy to be provided at Common Law, International Law, or by Statutory Law is beyond Respondents' reach and therefore the cause of Respondents need to engage in malfeasance.

97. Furthermore, Respondents are criminal opportunist and looking to take part in the housing mortgage foreclosure crisis that is currently occurring in the Nation, although not solely, but primarily against a marginalized and discriminated group of people, who are not only indigenous to these lands but who have been targeted for the sole purpose of advancing the Gentrification scheme and once again forcing them to migrate without just compensation.

98. Attorneys are not legally bonded to engage in debt collecting or real-estate purchase and sales unless they also possess a license to engage in such acts and have failed to adhere to the laws required by the Fair Credit Collections requirements to operate as lawful debt collectors of the united states.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**99.** Respondent, United States, when contacted regarding the fraud and illicit acts their subsidiary state counterparts have operated, have shirked responsibility or culpability on any ones' part, which have resulted in preventable and irreparable harm to herein Claimant Trustees and Claimant beneficiaries.

**100.** Respondents, United States tactics and lack of investigations are direct violations of the Declaration on the Rights of Indigenous Peoples established under the United Nations for the protection of people who have been and continue to be discriminated against and detrimentally affected by colonialization and white supremacy.

**101.** Respondents tactics and intentional acts violate the Mund Bareefan Clan, Indigenous Native America Association of Nations Constitution *in passim.*

**102.** Respondents tactics and intentional acts violate Free Prior and Informed Consent required by Indigenous people regarding their properties and land.

**WHEREFORE**, based upon the aforementioned and by Respondent's plethora of documents filed in the above matters, very own Complaints, which serves as admissions as per the FRCP and evidence as FRE. Claimants on behalf of their-beneficiaries demand that Respondents cease their unlawful and fraudulent actions against Claimants, that this Court under 18 U.S. Code § 3333 ORDER an investigation into the Mortgage fraudulent schemes engaged by the above states and local municipalities, and due to the intentional and punitive nature of Respondents actions, that:

1) Xi Chin Clan Nation receive punitive compensation for all the time and distress and currencies expended in an amount to be determined due to the ongoing and continuous nature of the events mentioned above.

2) An investigation into the corrupt practices of stealing property through fraudulent foreclosure actions is conducted and prosecuted to the fullest extent of the laws of the Untied States, which are grounded in Torah, and not under color of law or abuses of discretion. and

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

3) All Claimants be made whole and restored to their previous positions regardless of how far back in the history of the United States the illicit violations have occurred. through compensatory compensation with interest for all intentional trespasses committed and permitted.

Honorably Submitted,

All Rights Reserved

Date of Execution: 9.23.2020

*Autograph of Rhashea Lynn Harmon-El, Esq.*
*Trustee*
*The Be Kind and Unified Indigenous Foreign*
*Private Family Trust (Trustee)*
*Harmon Rhashea Lynn Foreign Trust*
*(Trustee)*
*RLH Ma'at Law Firm (CEO)*
*Chief Juris Consul Officer of Guale Yamassee*
*Juris Consul Office*
*P.O. Box 7446*
*Philadelphia, Pennsylvania 19101*
*267.312.7322*
*Email:*
*JurisConsulOffice@gualeyamasseecourt.org*
*1.888.696.0367*

*Autograph of Chief White Owl, Trustee*
*Xi Chin Clan Nation (Trustee)*
*Chief Compliance Office of Guale Yamassee*
*Compliance Department*
*P.O. Box 6666*
*Woodbridge, Virginia 22195*
*703.967.5994*
*Compenforcer@gualeyamasseecourt.org*
*1.888.696.0367*

*-All Rights Reserved-*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## **VERIFICATION**

By our autographed hand and seal _____, Wee verify that the factual statements herein are true, correct and made with honor according to our knowledge and comprehension.

As the Trustees and Juris Consul of Guale Yamassee, Wee, verify in accordance with the **laws, statutes and commandments of Yahuah, our Elohiym of Yashar'el**, and i**n accordance with the laws of Jus Cogens and UCC**, which are in accordance with the Laws, Statutes, an Commandments, that the statements made herein are made with the utmost knowledge and intent to represent **TRUTH** and that it is comprehended that having intentionally and knowingly being made of a corrupt mind with the intent to commit wicked, deceitful perjuries, that such acts, exercise the understanding of the established parallel law of Torah codified in 28 United States Code 1746 relating to unsworn falsification.

Honorably Submitted,

All Rights Reserved

Date of Execution: 9.23.2020

_____
*Autograph of Rhashea Lynn Harmon-El, Esq.*
*The Be Kind and Unified Indigenous Foreign*
*Private Family Trust (Trustee)*
*Harmon Rhashea Lynn Foreign Trust*
*(Trustee)*
*RLH Ma'at Law Firm (CEO)*
*Chief Juris Consul Officer of Guale Yamassee*
*Juris Consul Office*

_____
*Autograph of Chief White Owl*
*Xi Chin Clan Nation (Trustee)*
*Chief Compliance Office of Guale Yamassee*
*Compliance Department*

-All Rights Reserved-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## **CERTIFICATE OF SERVICE**

By my autograph and seal, and in conformance with the Uniform Postal Act and laws governing by the Uniform Postal Union, Wee, _____, and _____ have certified that Wee,  have caused a true and correct copy of the Cause of Action Against United States and its Agents to be filed on _____ and mailed by the U.S. Postal First Class Mail on _____ to the following persons (entities) or living men or women:

UNTIED STATES DEPARTMENT OF STATE-DEPARTMENT OF INTERIOR
1701 Fort Myer Dr.
Arlington, Virginia 22209

-and-

PENTAGON
1400 Defense Pentagon
Washington, D.C. 20301-1400

-and-

UNITED STATES DEPARTMENT OF JUSTICE
9257 Lee Avenue
Manassas, Virginia 20110

-and-

CAMILLE T. BARRY, DBA NOTARY AND OWNER OF BEREEN & BARRY
INVESTMENTS, LLC an Agent of the United States
11654 Plaza America Drive
Reston, Virginia 20190

-and-

COMMONWEALTH OF VIRGINIA
THE COMMONWEALTH
SERVICE OF PROCESS DEPARTMENT
P.O. BOX 2452
Richmond, Virginia 23218-2452

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-and-

SAMUEL P. WHITE, P.C.,
An Agent of the United States
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462

-and-

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
Josh Shapiro, Esquire dba
ATTORNEY GENERAL OF PENNSYLVANIA
An Agent of the United States
393 Walnut Street
Harrisburg, Pennsylvania 17120

-and-

COMMONWEALTH OF PENNSYLVANIA
Tom Wolf
DBA GOVERNOR OF PENNSYLVANIA
An Agent of the United States
Main Capital, Room 225
Harrisburg, Pennsylvania Commonwealth, [17120]

-and-

COURT OF COMMON PLEAS PHILADELPHIA COUNTY
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

PHILADELPHIA COUNTY, CITY OF PHILADELPHIA
Jim F. Kenney
DBA Mayor of the City of Philadelphia
An Agent of the United States
City Hall, Room 115
Philadelphia, Pennsylvania 19107

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SUPREME COURT OF PENNSYLVANIA
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

MATRIX FINANCIAL SERVICES
CORPORATION,
An Agency of the United States
5151 CORPORATION DRIVE
TROY, MI 48098

-and-

FLAGSTAR BANK, INC.
An Agency of the United States
5151 Corporate Drive
Troy, Michigan 48098-2639

-and-

PENNSYLVANIA HUMAN RELATIONS COMMISSION
An Agency of the United States
Philadelphia Regional Office
10 N. 8th Street, Suite 501
Philadelphia, Pennsylvania 19107

-and-

OFFICE OF THE SHERIFF
CITY and COUNTY of PHILADELPHIA
LAND TITLE BUILDING
Agency of the United States
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110

-and-

COMMONWEALTH LAND TITLE INSURANCE COMPANY
An Agency of the United States
601 Riverside Avenue
Jacksonville, Florida 32204

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, OFFICE OF JUDICIAL RECORDS
FOR FILING (AGENTS and AGENCIES)
Room 284, City Hall
PHILADELPHIA, PENNSYLVANIA COMMONWEALTH 19107

-and-

PHELAN, HALLINAN DIAMOND & JONES, LLP
An Agency of the United States
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

-and-

GRB LAW, INC.
An Agency of the United States
1425 Spruce Street, Suite 100
Philadelphia, Pennsylvania 19102

-and-

POMERANTZ & ASSOCIATES
An Agency of the United States
21 S. 12th Street, 7th Floor
Philadelphia, Pennsylvania 19107

-and-

LINDA CARPENTER, dba Judge for
Philadelphia Court of Common Pleas
An Agent of the United States
1418 Criminal Justice Center,
Philadelphia, Pennsylvania 19107

-and-

NIS LAR LLC
An Agency of the United States
4323 Spruce Street
Philadelphia, Pennsylvania 19104

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Justin L Krik, Esquire dba
ATTORNEY AT LAW
An Agent of the United States
1500 JFK Boulevard, Suite 630
Philadelphia, Pennsylvania 19102

-and-

PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF COMMISSIONS
An Agency of the United States
Capital Park
401 North Street
Harrisburg, Pennsylvania 17101

-and-

BANK OF NEW YORK MELLON
An Agency of the United States
Thomas P. Gibbons, dba Vice Chair and Chief Financial Officer and
Robert Kelly
225 Liberty Place
New York, NY 10286

-and-

BANK OF AMERICA
An Agency of the United States
100 N. Tryon Street
Charlotte, North Carolina 28255

-and-

DITECH FINANCIAL LLC
An Agency of the United States
3000 Bayport Drive
1100 Tampa, Florida 33607

-and-

BAYVIEW LOAN SERVICING
An Agency of the United States
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, Florida 33146

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-and-

WORCHESTER COUNTY SHERIFF'S OFFICE
An Agency of the United States
240 Main Street
Worchester, MA 01608

-and-

MCCARTER & ENGLISH LLP
An Agency of the United States
265 Franklin Street
Boston, Massachusetts 02110-3113

-and-

SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS
An Agency of the United States
McCormack Building,
One Ashburton Place
Boston, Massachusetts 02108

-and-

ANTHONY N. RENZI dba
WALTER INESTMENT MANAGEMENT CORP.,
An Agency of the United States
Gary L. Tillett, dba as Chief Financial Officer of Walter Investment Management Corporation
3000 Bayport Drive, Suite 1100
Tampa, Florida 33607

-and-

OFFICE of ATTORNEY GENERAL
Maura Healy, Esquire dba Attorney
An Agent of the United States
General of Massachusetts
1 Ashburton Place
Boston, Massachusetts 02108

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COMMONWEALTH OF MASSACHUSETTS
Charlie Baker, dba Governor of Massachusetts
Agent of the United States
c/o Massachusetts State House
Beacon Street, #280
Boston, Massachusetts 12133

-and-

KORDE & ASSOCIATES, P.C.
Timothy French Esquire
An Agent of the United States
900 Chelmsford Street, Suite 3102
Lowell, Massachusetts 01851

-and-
CONSUMER PROTECTION BUREAU
3033 Wilson Boulevard
Arlington, VA

-and-

MICHAEL BOMSTEIN, Esquire
An Agent of the United States
100 S. Broad Street, #2126
Philadelphia, Pennsylvania 1907

-and-

STRADLEY RONON STEVENS & YOUNG LLP (Agents and Agency)
An Agent of the United States
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103-2018

-and-

PREMIER TITLE COMPANY
An Agency of the United States
8245 Boone Boulevard,
Suite 410
Tysons, Virginia 22182

-and-

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA THE PHILADELPHIA COURTS
An Agency of the United States
Landlord Tenant Court
Court Administrator
1339 Chestnut Street, Room 1020
Philadelphia, Pennsylvania 19107

-and--

INTERNAL REVENUE SERVICE
An Agency of the United States
Office of Customer Service
P.O. Box 1115
Richmond, VA 20218

Respondents,

Date of Execution: _____     By: _____

Autograph of living man or woman.