IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## ORDER

AND NOW, this _____ day of _____, 2020, upon acceptance, comprehension and consideration of this herein Complaint it is hereby ORDERED and DECREED that the APPLICATION FOR RELIEF is GRANTED along with REMEDY.

By THE COURT:

_____
J.

Exhibit "A"



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

Date 8/3/2020

## With regard to the lawful standing of the Mund Bareefan Clan and the Indigenous Native American Association of Nations' tribes and clans :

To: Honorable Judge, Judge Terre Fratesi

I am Black-Hawk H. Thunderbird, Most Principal Chief of The Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN).

I respectfully request that this Honorable Court yield jurisdiction in this matter to our tribal council in the State of Tennessee.

I submit the following communication as a friend to the court and with respect.

I have attached a color copy of the Authentication Certificate, and the "Brief in Support" section of said agreement. I am legal custodian of the attached certificate. I have also attached certified copies of certification from the State of Tennessee, and certification from our original indigenous homeland in the State of Georgia.

We are Guale-Yamassee Native Americans a US Department of State AUTHENTICATED INDIGENOUS TRIBAL ENTITY. United States Authentication February 11th, 2004.

Mund Bareefan Embassy Clan is outside the BIA yet is acknowledged in and by the United States and all US States and jurisdictions as an authentic Indigenous Native American clan/tribe that has secured the Rights of Self-Determination with a constructive agreement between Mund Bareefan Embassy Clan, and the US Department of State.



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

The Tanasi Yamassee Tribe in the State of Tennessee is one of our associated tribes and is in full rights and protections of indigenous rights as outlined in our law, and similar to the US INDIAN CHILD WELFARE LAW/ACT.

Our tribal councils, agencies, its official departments, our officially associated tribes and representatives; our official policies and this instrument is supported by our constructive agreement made between the "United States" Department of State, and Mund Bareefan Clan on February 11th, 2004, made in accord with our tribal policies and the policies of the United States Department of State. This said agreement can be verified through the our INARS data authentication retrieval and tracking system (DARTS)*; as well as at the "DARTS" data base at the US Department of State Authentication office.  * (**D**ocument **A**uthentication **R**etrieval and **T**racking **S**ystem)

2 FAM 1291.5 Processing (TL: GEN-313; 08-18-2004) (The United States **F**OREIGN AND **D**OMESTIC **A**FFAIRS **M**ANUEL = **FAM**)

> The Authentications Office tracks all correspondence and documents through the Document Authentication, Retrieval, and Tracking Systems (DARTS). A case service number is assigned to all requests received in the Authentications Office. This service number appears on all authentication certificates and tracks all aspects of the authentication process, as well as fees collected, and is used as an effective method for the Authentications Office's internal control process.

There has been some question made with regard to public policy.

2 FAM 1291.2 Scope and Policy (TL: GEN-313; 08-18-2004)



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

a. The Authentications Office authenticates a variety of documents from commercial organizations, private citizens, and officials of Federal and State governments. Documents include, but are not limited to, company bylaws, powers of attorney, trademark, diplomas, treaties, warrants, extraditions, agreements, certificates of good standing, and courier letters.

b. It will not authenticate documents that are contrary to public policy or are for an improper or unlawful purpose (see 22 CFR 131.1).

PART 131—CERTIFICATES OF AUTHENTICATION   Title 22: Foreign Relations

All non-judicial records or books kept in any public office of any State, Territory, or Possession of the United States, or copies thereof, shall be proved or admitted in any court or office in any other State, Territory, or Possession by the attestation of the custodian of such records or books, and the seal of his office annexed, if there be a seal, together with a certificate of a judge of a court of record of the county, parish, or district in which such office may be kept, or of the Governor, or secretary of state, the chancellor or keeper of the great seal, of the State, Territory, or Possession that the said attestation is in due form and by the proper officers.



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

Treatment of this type notification to "all" the tribunals and public offices of the United States, "and of the Sevels States", is outlined in chapter 2 section 113 of the USC. I respectfully refer to a review of UNITED STATES Code Title 1

> "The edition of the laws and treaties of the United States, published by Little and Brown, and the publications in slip or pamphlet form of the laws of the United States issued under the authority of the Archivist of the United States, and the Treaties and Other International Acts Series issued under the authority of the Secretary of State shall be competent evidence of the several public and private Acts of Congress, and of the treaties, international agreements other than treaties, and proclamations by the President of such treaties and international agreements other than treaties, as the case may be, therein contained, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the United States, and of the several States, without any further proof or authentication thereof."

_____

SGA Black H. Thunderbird



From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of
Mund Bareefan Clan/Indigenous Native American Association of Nations
(MBC/INAAN)

# ATTACHMENTS



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-1



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## CERTIFICATE OF AUTHENTICATION

I, TRE HARGETT, Secretary of State of the State of Tennessee, do hereby certify that BRENDA WYNN whose signature appears on the attached certificate, is (or was) at the time of signing same, the legally elected, commissioned, qualified, and acting COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE, authorized to take acknowledgements, and this person's official act as such, is entitled to full faith and credit; and I further certify that to the best of my knowledge and belief the signature to the attached certificate is the genuine signature of said BRENDA WYNN, COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE at the time of signing.



In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State of Tennessee, at Nashville, this 8th day of February in the year of our Lord Two Thousand Seventeen.

*[signature]*
Secretary of State

by *[signature]* Alicia P. Williamson

Document # 17-02066

To verify authenticity, visit http://tnbear.tn.gov/apostille/verify.aspx and enter the document # from this certificate.
For further information please contact the Business Services Division at (615) 741-0536.





**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-2



# State of Georgia

By His Excellency SONNY PERDUE

## To All whom these Presents shall Come -- Greeting,

*Know Ye*, THAT        MARIE CHANEY

whose official signature appears to the instrument of writing hereto annexed, was at the time of affixing the same thereto, the duly appointed deputy clerk of the Superior Court of DeKalb County, Georgia, as appears from the Records of this Department, and that her/his attestation is in due form. *Therefore, all due faith, credit and authority is and ought to be had and given to her/him.*

I further certify that the Secretary of State of the State of Georgia is the Custodian of the Great Seal of said State.

Given under my hand and the Great Seal of the State at the Capitol in Atlanta, this the twenty-third of June in the year of our Lord Two Thousand and Three and of the Independence of the United States of America the Two Hundred and Twenty-Seventh.

*Sonny Perdue*
Governor

Executive Department
Atlanta, Ga., June 23, 2003

By the Governor:
_____
Secretary of State

_____
Executive Secretary



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-3



# United States of America

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I certify That the document hereunto annexed is under the Seal of the State(s) of Georgia, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, _____ _____ Powell, Secretary of State, have hereunto caused the Seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of February, 2004.

Secretary of State

Assistant Authentication Officer, Department of State

*For the contents of the annexed document, the Department assumes no responsibility.

*This certificate is not valid if it is removed or altered in any way whatsoever.*





**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations (MBC/INAAN)**

Copy Certification # 110832020-4

## Sections of the Brief in Support presented to and certified by the US Department of State, for the completion of authentication with the United State et al,

"The Yamassee Native American Government; MT. 'Arafat Embassy, (hereinafter (MBC/INAAN) and "we") as do other Governments and their Embassies require the U.S. Department of State to authenticate documents to be used in the United States of America for said documents to be considered legal. <u>Yamassee Native American Government Representatives/Diplomats are not limited to or required to carry US governmental or any other foreign governments issued licensing, such as but not limited to **apostilles, diplomas, birth certificates, passports, marriage licenses, driver's licenses, vehicle registration plates and so on**</u>. Diplomats of the Yamassee Native American Government "MT. 'Arafat Embassy" are being inconvenienced by US Governmental and private employees. Yamassee Native American Government Officials and MT. 'Arafat Embassy Personnel carry very specific identification papers which are recorded with our data base at the ISMRS and all of the other agencies required by the US State Department for the authentication process to be complete. This is a clear honest communication of our intent towards co-operation and for the protection of both the Yamassee Native American Government, and the US Government. The documents including our passports will be used in the United States of America and when necessary, internationally".

**Article 31:** "Indigenous people, as a specific form of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion, education, welfare, economics activities, land and resourced, management, environment and entry by non-members, as well as ways and means for financing these autonomous functions."

**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

## "The Of Bill of Rights Of MBC/INAAN Indigenous Peoples"

**Article 36:** Indigenous people have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successor, according to their original sprit of intent, and to have States honor and respect such treaties, agreements and other constructive arrangements. Conflicts and disputes which cannot otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."

I respectfully request that this Honorable Court yield jurisdiction in this matter to our tribal council pursuant to our pre-existing agreement. We thank you for your diligence with regard to the welfare of our indigenous national/child.

Thank you,

Most Principal Chief Black Hawk H. Thunderbird



**From the Desk of the Supreme Grand Chief Black-Hawk H. Thunderbird of Mund Bareefan Clan/Indigenous Native American Association of Nations**
(MBC/INAAN)

Recipients:

Judge Terre Fratesi, Shelby County Court Juvenile Court 616 Adams Ave. Memphis, TN. Terre.Fratesi@shelbycountytn.gov

Todd Kaplan(kids attorney) 901-525-8601 707 Adams Ave 38105 kaplan@lbklawoffice.com ,

Kerwin Mollinson/Lockett, known to us as "Chief Lightfoot", Kerwin Lockett <kpreacher2@gmail.com>

Victoria Gillard, (mother's attorney) 901-624-8852  vwgillard@comcast.net

Patricia Jiles, (social worker) 901-275-9498 Patricia.Jiles@tn.gov

Vivian Pyatt, (DCS Attorney) 40 S. Main Street, 6th Floor

Memphis, TN 38103

Racqual, Conner (mother) RacqualConner26@gmail.com

901-335-9364

Exhibit "B"

# The Treaty{s} of 1730 with the crown of England and 1791 affirming

The Cherokee nation of Indians of the Cherokee Country members is a great and long-lived civilization and body politic. It is evident that they have great compassion for nature and the life it supports. Peace is one its highest priorities as represented in the treat{s} listed below:

The following two Treaties, as well as the "Two Row Wampum Belt Treaty", identify the *Cherokee nation of Indians*, as the specific party {tribe-clan} nation identified within the Bond and or Bonds held at the United States Department of State and the Secretary of State Office thereof:

1} **The International Treaty of 1730** {Treaty of Peace and Friendship}, between Great Britain {England} by the hand and seal of King George II, being a perpetual Treaty of Peace and Friendship, and the *Cherokee Nation of Indians* {of the *Cherokee Country*} under the rule of Chief Moytoy, known to be a King and Emperor in his own right, by his blood lineage to the Royal Ancient Asian Families {Elders of China, Tibet etc..} and an original Tribe of Israel. It is well known the Emperor, Moytoy of Tellico was from/of the *Cherokee Country*, whole or in part of what is known today as Tennessee, Kentucky, Western North Carolina, Western Virginia, Western South Carolina, Northern Georgia and Northern Alabama. The Cherokee Territory of *Cherokee Country* included most if not all of the fore noticed States, including Washington, District of Columbia, some of this land has been ceded, as in yielded, for the use of the United States of America. This Treaty of 1730 initially identifies the *Cherokee Nation of Indians*, as being the Cherokees of/for the land mass located as fore noticed and thereby also identifies this same sovereign Tribal nation as the same sovereign Tribal nation by a specific name {title} within the Treaty of 1791 {Holston Treaty}. This Treaty has been confirmed and verified as being still active and enforceable under International Law, by the United States Department of State and the Pentagon {DOD}, formerly the War Department.

2} **The International Treaty of 1791** {Holston Treaty}, is a parallel Treaty to the Guswentah "Two Row Wampum Belt" Treaty between the United States of America, the Office of President of the United States, and the *Cherokee Nation of Indians* {of the *Cherokee Country*}. This Treaty is a perpetual Treaty of Friendship, Allies and Peace between the parties fore noticed. This Treaty also gives a land boundary location to identify the specific Cherokee Tribal nation within this said Treaty. Again this Treaty, as did the Treaty of 1730, places this nation as being in the land boundaries known as the Cherokee Country {in part or in whole as what is known to day as Tennessee, Virginia, North Carolina, Kentucky, South Carolina, Alabama and Georgia}. This Treaty has been confirmed and verified as being still active and enforceable under International Law, by the United States Department of State and the Pentagon {DOD}, formerly the War Department.

{Notice: The Grandmother Elders for the *Cherokee nation of Indians* have Acknowledged, Accepted and Certified the said Treaties, known as the Treaty of 1730 and the Treaty of 1791 {Holston Treaty}, as is the way of the Cherokee Country}.



# LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **A COLLECTION OF ALL THE TREATIES OF PEACE, ALLIANCE, AND COMMERCE, BETWEEN GREAT-BRITAIN AND OTHER POWERS, FROM THE REVOLUTION IN 1688, TO THE PRESENT TIME, VOL. II**, and that the attached photocopies - the title page, and pages 13 through 16 on which appears the *Treaty of alliance and commerce between* Great-Britain *and the nation of the* Cherrokees *in* America, *Sept. 20, 1730* - are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on January 26, 2012.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

to the magistrates of the places and towns where the seizures were made: His Britannick Majesty promising the like on his part, as to all seizures, confiscations, or detentions, which may have been made contrary to the tenor of the said treaties: Their said Britannick and Catholick Majesties agreeing, that with respect to the like seizures, confiscations, or detentions on either side, the validity of which may not yet have been sufficiently made out, the discussion and decision of them shall be referred to the examination of the commissaries, to do therein according to right upon the foot of the treaties here above-mentioned.

The present separate articles shall have the same force as if they were inserted word for word in the treaty, concluded and signed this day. They shall be ratified in the same manner, and the ratifications of them shall be exchanged at the same time as those of the said treaty.

In witness whereof we the underwritten Ministers Plenipotentiaries of his Britannick Majesty, of his most Christian Majesty, and of his Catholick Majesty, by virtue of our full powers, have signed the present separate articles, and caused the seals of our arms to be put thereto. Done at Seville the ninth day of November, One thousand seven hundred twenty nine.

| *W. Stanhope.* | *Brancas.* | *El Marq. de la Paz.* |
| (L. S.) | (L. S.) | (L. S.) |
| *B. Keene.* | | *D. Joseph Patino.* |
| (L. S.) | | (L. S.) |

---

*Treaty of alliance and commerce between* Great-Britain *and the nation of the* Cherrokees *in* America. *Sept.* 20, 1730.

I. FORASMUCH as you Scayagusta Oukah, Chief of the city of Tastetsa, you Scalilosken Ketagustah, you Tathtowe, you Clogittah, you Kolkannah, and you Ukwanequa, were sent by Moytoy de Telliquo, with approbation of the whole nation of the Cherrokees, in an assembly held at Nikossen the 14th of April, 1730, to Sir Alexander Cuming, Bart. in Great-Britain, where you

have

have seen the great King George, at whose feet the said Sir Alexander Cuming, by the express order of Moytoy, and the whole nation of the Cherrokees, has laid the crown of your nation, the skulls of your enemies, and the plumes of honour, as a mark of your submission: The King of Great-Britain, who has a tenderness for the powerful and great nation of the Cherrokees, his good children and subjects, has authorized us to treat with you; and in this character we confer with you, as if the whole nation of the Cherrokees, its old men, its young men, its women and children were here present: and you ought to look upon the words which we say to you, as if pronounced from the lips of the Great King your Master, whom you have seen; and we will consider the words which you shall speak to us, as the words of your whole nation, delivered frankly and sincerely to the Great King. Whereupon we give you four pieces of strip'd serge.

II. Hear therefore the words of the Great King, whom you have seen, and who has commanded us to tell you, that the English in all places, and on both sides the great mountains, and great lakes, are his people and children whom he dearly loves; that their friends are his friends, and their enemies his enemies; that he is pleased that the great nation of the Cherrokees has sent you hither, to polish the chain of friendship which is betwixt him and them, betwixt your people and his people; that the chain of friendship betwixt him and the Indians of the Cherrokees, is like the sun which gives light, both here and upon the high mountains that they inhabit, and which warms the hearts both of the Indians and the English. And as we see no spots in the sun, so there is no rust nor dirt on this chain: and as the Great King holds one end of it fastened to his breast, 'tis his intention that you should take up the other end of the chain, and fix it to the breast of Moytoy Telliquo, and to those of your wife old men, your captains and your people, in such manner that it may never be broke nor loosed. And hereupon we give you two pieces of blue cloth.

III. The Great King and the Indians of the Cherrokees, being thus united by the chain of friendship, he has order'd his children, the Indians of Carolina, to traffick

<006>

<006>

<006>

<006>

<006>

<006>

<006><006>

<006><006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

<006>

[ 15 ]

with the Indians, and to furnish them with whatever commodities they want, and to build houses, and sow corn with speed, all the way from Charles-Town to the Cherrokees-Town, on the other side of the great mountains; for he would have the Indians and the English live together like children of one and the same family, whose Great King is their dear father: and forasmuch as the Great King has given his lands on both sides the great mountains to the English his children, he grants the Indians of the Cherrokees the privilege to live where they please. And upon this we give you a piece of red cloth.

IV. The great nation of the Cherrokees being at present the children of the Great King of Great-Britain, and he being their father, the Indians ought to consider the English as brothers, of one and the same family, and ought always to be ready at the Governor's orders to fight against any nation whatsoever, either Whites or Indians, that shall molest or attack the English. And hereupon we give you twenty muskets.

V. The Cherrokees nation shall take care to keep the way of commerce clean, and that there be no blood in the road where the English white men travel, even though they happen to be accompanied by any other nation at war with the Cherrokees. Whereupon we give you two hundred weight of gunpowder.

VI. That the Cherrokees nation shall not suffer any of its people to traffick with any other white men besides the English, and shall grant leave to no other nation to build any fort or habitation, or to sow corn in their country, either near any towns of the Indians, or on the lands belonging to the Great King; and if any thing like it be undertaken, you must give advice of it to the English Governor, and act as he shall order you, for maintaining the rights of the Great King over the lands of Carolina. Whereupon we give you five hundred weight of musket bullets, and the same quantity of cannon ball.

VII. That in case any negro slave runs away from his English master into the woods, the Indians of the Cherrokees shall do what they can to apprehend him, and bring him back to the plantation from whence he fled, or to the Governor's house; and for every negro which

the

the Indians shall thus retake, they shall have a musket, and a sentinel's suit of cloaths. Whereupon we give you a box full of vermilion, with 10000 flints, and 6 dozen of hatchets.

VIII. That if an Englishman has the misfortune to kill an Indian, the King or Chief of the Cherrokees shall first of all make his complaint to the English Governor, and the person who committed the murder shall be punished according to the laws, as much as if he had killed an Englishman, and in like manner if an Indian kill an Englishman; the guilty Indian shall be delivered up to the Governor, who shall punish him according to the English laws, and as if he was an Englishman. Whereupon we give you twelve dozen of clasp-knives, four dozen of kettles, and ten dozen of bells.

IX. You are to know, that every thing we have said to you are the words of the Great King whom you have seen; and to shew that his heart is open and sincere to his children and friends the Cherrokees, and their whole nation, he puts his hand into this Bandelier, which he demands may be received and shewn to your whole nation, to their children and Grand-children, to confirm what has been said to you, and to perpetuate this treaty of peace and friendship between the English and the Cherrokees, as long as the mountains and rivers are in being, and as long as the sun shall shine. Whereupon we give you this Bandelier.

Signed,

*Oukah Ulah*,   *Clogoittah*,
*Scalilosken Ketaguftah*,   *Kollannah*,
*Tathtowe*,   *Ukwanequa*.

By order of the Commissioners at Whitehall, the 30th of September, 1730.

ALLURED POPPLE.

And underneath,

'Tis for the security of Moytoy de Telliquo, that I have seen, examined, and approved of all the articles contained in the above agreement, to which the said Indians have by my advice given their consent.

Signed,

ALEX. CUMING.