# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **XI CHIN CLAN NATION et al**           **20-1307 C**

Location of Plaintiff(s)/Petitioner(s) (city/state): P.O. BOX 6666, WOODBRIDGE, VIRGINIA 22195
P.O. BOX 7446, PHILADELPHIA, PENNSYLVANIA 19101, P.O. BOX 19835, PHILADELPHIA, PENNSYLVANIA 19143
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: P.O. BOX 19835

Street Address: 5311 Florence Avenue

City-State-ZIP: PHILADELPHIA, PENNSYLVANIA 19143

Telephone & Facsimile Numbers: 267.312.7322 & FAX: 1888.696.0367

E-mail Address: JurisConsulOffice@gualeyamasseecourt.org

Is the attorney of record admitted to the Court of Federal Claims Bar?  ◯ Yes  ◯ No

---

Nature of Suit Code: **504**           Agency Identification Code: **VAR**
Select only one (three digit) nature-of-suit code from the attached sheet.
Number of Claims Involved: _____

Amount Claimed: $ _**TBD  (599,000,000)**_
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

Is plaintiff a small business?                       ◯ Yes  ● No

Was this action preceded by the filing of a          ◯ Yes  ● No   GAO Solicitation No. _____
protest before the GAO?

If yes, was a decision on the merits rendered?  ◯ Yes  ◯ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): PHILA, PA, VA, MANASSES, HOLDEN, MASS.

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed  ◯ Yes  ● No
case(s) in the United States Court of Federal Claims? If yes, you are
required to file a separate notice of directly related case(s). See RCFC 40.2.

Received - USCFC

SEP 2 5 2020