Complaint       09.23.2020
To be filed
on behalf of Xi Chin Clan Nation
member associate clan of
Guale Yamassee Indigenous Native
American Association of Nations.

Night Box
tourist

RECEIVED
SEP 25 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Contact information on Document
and sealed.

Thank you,
Rhashee Lynn Harmon El
Silver Moon
Juris Consul