# In the United States Court of Federal Claims

Case No.: 1:20–cv–01307–MHS

RHASHEA LYNN HARMON–EL, et al.

v.                                    NOTICE OF FILING FEE DUE

UNITED STATES OF AMERICA

    The complaint in the above referenced case was filed this date. The court has not received the required filing fee of $400.00 or a completed application to proceed *in forma pauperis*. See 28 U.S.C. 1926(a) and Rule 77.1(c) of the Rules of the United States Court of Federal Claims; 28 U.S.C. 1915. Because plaintiff has neither paid the filing fee nor provided an application to proceed *in forma pauperis*, plaintiff is hereby notified that the court may dismiss the complaint.

    Any questions regarding this notice may be directed to the Clerk's Office at (202) 357–6406.

*Lisa L. Reyes*
Lisa L. Reyes
Clerk of Court