IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARMON-EL ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 20-1307 C |
| | ) | Judge Solomson |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Sarah E. Kramer_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sarah E. Kramer
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

    s/ Sarah E. Kramer
SARAH E. KRAMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0537
Facsimile:  (202) 305-2062
Email: Sarah.E.Kramer@usdoj.gov

Dated: October 29, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 29th day of October, 2020, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

RHASHEA LYNN HARMON-EL
P.O Box 7446
Philadelphia, PA 19101

WHITE OWL
P.O. Box 6666
Woodbridge, VA 22195

 s/ Sarah E. Kramer
SARAH E. KRAMER