Office of the Clerk
U.S. Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

Official Business

RECEIVED
NOV - 2 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS



CAPITAL DISTRICT 2
3 OCT 2020 PM 1

CHIEF WHITE OWL
P.O. Box 6666
Woodbridge

NIXIE        207   DE 1        0010/26/20
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 20439              *2117-02711-03-44

# In the United States Court of Federal Claims

Case No.: 1:20-cv-01307-MHS

RHASHEA LYNN HARMON-EL, et al.

v.

THE UNITED STATES

NOTICE OF ASSIGNMENT TO:
Judge Matthew H. Solomson

 Pursuant to Rule 40.1, of the Rules of the United States Court of Federal Claims, this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of this court and the orders of the assigned judge will enable the judge and the Clerk of Court to assist counsel in the expeditious disposition of the case with minimum expense. Counsels attention is called to Appendix A of the rules of this court which governs proceedings before trial, and has application in every case unless an order is entered providing otherwise. For format and copy requirements, see Rule 5.5. For service and filing requirements, see Rule 5. For electronic case filing procedures, see Appendix E of the rules of this court.

 Counsels' attention is also called to Appendix H of the rules of this court which implements a variety of voluntary, non-binding alternative dispute resolution (ADR) tools for use in appropriate cases. ADR techniques include but are not limited to mediation, mini-trials, early neutral evaluation, and non-binding arbitration.

 The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3).

 Pursuant to Rule 5.5(g): "In all filings other than the complaint, the name of the judge assigned to the case must be included directly below the docket number."

Lisa L. Reyes
Clerk of Court

NOV 02 2020

# In the United States Court of Federal Claims

Case No.: 1:20-cv-01307-MHS

RHASHEA LYNN HARMON-EL,
et al. [1]

v.   NOTICE OF NON-ECF CASE

THE UNITED STATES [2]

    Pursuant to Appendix E of the Rules of the United States Court of Federal Claims, because this case involves a pro se litigant, the case will **not** be designated an electronic (ECF) case. Thus, all filings in this case must be made in paper form. See Appendix E ¶ 3 and RCFC 5(d)(2) and 5.5(d)(2).

**The following guidelines apply to all non-ECF cases:**

    All documents filed in this case must comply with the format and copy requirements of RCFC 5.5 and the signature requirements of RCFC 11. Each filing must include a Certificate of Service stating that the document was served on every party, including the day and manner of the service, the person or entity served, and the method of service employed, e.g., in person or by mail. See RCFC 5.3.

    Counsel for the United States is on notice that **no allowance can be made for filing a document electronically in a case that has not been designated an ECF case.**

                                                                   */s/ Lisa L. Reyes*
                                                                   Lisa L. Reyes
                                                                   Clerk of Court

---

[1] If the complaint in this action, as originally received in the Clerk's Office, named as a plaintiff a minor, an incompetent person, or a deceased person, the case caption has been modified to identify as plaintiff(s) the representative(s) filing on behalf of the minor, incompetent person or deceased person.

[2] If the complaint in this action, as originally received in the Clerk's Office, named as the defendant(s) a party (parties) other than the United States, the case caption has been modified to identify the United States as the sole defendant. This modification has been made to conform the caption to the Rules of the United States Court of Federal Claims, which make clear that in this court only the United States can be named as the party defendant. See RCFC 4(a) and 10(a).

# In the United States Court of Federal Claims

March 18, 2020

**GENERAL ORDER**

**SUSPENDING PAPER FILING REQUIREMENTS IN PRO SE CASES**

Based on declared public health emergencies impacting Washington, D.C. and the National Capital Region, and ongoing efforts to mitigate community transmission and the impact of COVID-19, there is an immediate need for the United States Court of Federal Claims to take steps to limit the number of court personnel who are required to be available to process filings submitted through the U.S. Mail, by messenger, or in the court's night box. Providing pro se litigants with the ability to submit and be served with filings electronically will reduce the number of court staff required to process paper filings, which will minimize the risk to the health and safety of both court staff and the public conducting business with the court.

Consistent with this court's Administrative Order issued on Monday, March 16, 2020, which restricts public access to the National Courts Building, and pursuant to 28 U.S.C. § 2071(e), it is hereby ORDERED, effective immediately and until further order of the court, as follows:

(1) Judges, special masters, the Clerk of Court, and counsel of record for the United States may file electronically in pro se cases using the court's Case Management/ Electronic Case Files (CM/ECF) system. A pro se litigant may be served either by U.S. Mail or by electronic means to which the litigant has consented in writing (see paragraph (4) below). Counsel shall attach to each filing a certificate of service pursuant to Rule 5.3 of the Rules of the United States Court of Federal Claims ("RCFC").

(2) With no public access to the Clerk's Office at this time, pro se litigants with active cases before the court shall, absent extraordinary circumstances, submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov.[1]

---

[1] If a pro se litigant submits frivolous submissions or does not comply with the submission guidelines herein, e-mail privileges may be revoked by the assigned judge or special master.

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

| _____, | ) |
|---|---|
| Petitioner, | ) |
| | ) No. _____ |
| v. | ) |
| | ) |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Respondent. | ) |

### E-NOTIFICATION CONSENT FORM

The undersigned pro se petitioner in the above-identified case:

➢ Consents to receiving notice by e-mail of all electronic filings in the above-identified case via the court's electronic filing system.

➢ Consents to service by e-mail, pursuant to Rule 5(b) of the Rules of the United States Court of Federal Claims.

➢ Waives service and notice by first class mail of all electronic filings in the above-identified case, including orders and judgments.

➢ Is responsible for immediately notifying the court in writing of any change of e-mail address.

The Clerk of Court is authorized to add petitioner's e-mail address identified below to the court's electronic filing system. Petitioner will submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov, through the U.S. Mail, or by deposit in the court's night box located at the garage entrance on H Street NW, between 15th Street and Madison Place.

_____
(Signature of Petitioner)

_____
(E-mail Address)

_____
(Date)

*Updated April 2020*