IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HARMON-EL, *et al.*,                )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )        No. 20-1307 C
                                    )        Judge Solomson
THE UNITED STATES,                  )
                                    )
        Defendant.                  )
                                    )
_____     )

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Pursuant to Rule 15(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully submits this response to the motion for leave to file an amended complaint filed by *pro se* plaintiffs, Xi Chin Clan Nation, Harmon Rhashea Lynn Foreign Trust, The Be Kind and Unified Foreign Family Indigenous Trust, RLH Ma'at Law Office, Guale Yamassee Compliance Department, and Guale Yamassee Juris Consul Office (collectively, plaintiffs). Although the United States does not believe that any amendment is likely to cure the jurisdictional defects in light of the underlying facts so far alleged, considering plaintiffs' *pro se* status, the United States takes no position on plaintiffs' motion for leave to amend.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Assistant Director

s/Sarah E. Kramer
SARAH E. KRAMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0537
Facsimile: (202) 305-2062
Sarah.E.Kramer@usdoj.gov

January 4, 2021                    *Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on this 4th day of January, 2021, I caused to

be placed in the United States mail (first-class, postage prepaid), copies of "Defendant's

Response to Plaintiffs' Motion for Leave to File an Amended Complaint" addressed as follows:

RHASHEA LYNN HARMON-EL
P.O Box 7446
Philadelphia, PA 19101


WHITE OWL
P.O. Box 6666
Woodbridge, VA 22195


s/Sarah E. Kramer
SARAH E. KRAMER