# In the United States Court of Federal Claims

No. 20-1307C

(Filed: January 4, 2021)

|  |  |
|---|---|
| **HARMON-EL**, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| **THE UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

On December 29, 2020, Plaintiffs filed a Motion for Leave to File an Amended Complaint.  *See* ECF No. 10.  Defendant, the United States, does not oppose the motion.  Accordingly, the motion, hereby, is **GRANTED**.  Plaintiffs' Amended Complaint shall be filed on or before **January 18, 2021**.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge